UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARCELONESA DE METALES, S.A.,           :
SUMINISTROS SIDERURGICOS
MONTANESES, S.A., AND TAMETAL, S.A.,    :

           Plaintiffs,              :

    - against -                             :

SPHINX SHIPPING LTD.,                   :

           Defendant.               :
------------------------------------------------------------X



'08 CIV 4713

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: May 20, 2008
      New York, NY

                              The Plaintiffs,
                              BARCELONESA DE METALES, S.A.,
                              SUMINISTROS SIDERURGICOS
                              MONTANESES, S.A., AND TAMETAL, S.A.,

                              By: _____
                              Lauren C. Davies (LD 1980)
                              Thomas L. Tisdale (TT 5263)
                              TISDALE LAW OFFICES, LLC
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 (Phone)
                              (212) 869-0067 (Fax)
                              ldavies@tisdale-law.com
                              ttisdale@tisdale-law.com