```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BARCELONESA DE METALES, S.A.,                      08 CV 4713 (DAB)
SUMNISTROS SIDERURGICOS
MONTANESES, S.A. and TAMETAL, S.A.,

                        Plaintiff,
                                                   NOTICE OF RESTRICTED
           -against-                                     APPEARANCE


SPHINX SHIPPING LTD.,


                        Defendant.
------------------------------------------X
```

PLEASE TAKE NOTICE, that, pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, defendant SPHINX SHIPPING LTD. hereby appears in the above action, and that the undersigned has been retained as Attorneys for said Defendant and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, N.Y.
        July 11, 2008

                                        MAHONEY & KEANE, LLP
                                        Attorneys for Defendant
                                        SPHINX SHIPPING LTD.,

                                    By: _____
                                        Garth S. Wolfson (GW 7700)
                                        11 Hanover Square 10th Floor
                                        New York, N.Y. 10005
                                        (212) 385-1422
                                        File # 19/3617/B/08/7