UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARCELONESA DE METALES, S.A.,
SUMINISTROS SIDERURGICOS
MONTANESES, S.A., AND TAMETAL, S.A.,         :

           Plaintiffs,         :

        - against -         :

SPHINX SHIPPING LTD.,         :

         Defendant.         :
------------------------------------------------------------X

08 Civ. 4713 (DAB)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

## AMENDED EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

WHEREAS, on May 20, 2008 Plaintiffs, BARCELONESA DE METALES, S.A.,

SUMINISTROS SIDERURGICOS MONTANESES, S.A., and TAMETAL, S.A., filed a

Verified Complaint herein for damages amounting to $1,238,807.00 inclusive of interest, costs

and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment

and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty

and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendants' property within the District of this Court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED, that Process of Maritime Attachment and Garnishment shall issue against

all tangible or intangible property belonging to, claimed by or being held for the Defendants by

any garnishees within this District, including but not limited to, ABN Amro, American Express

Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, JP

Morgan Chase, Standard Chartered Bank and/or Wachovia Bank, in an amount up to and

including $1,238,807.00, pursuant to Rule B of the Supplemental Rules for Certain Admiralty

and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming an interest in the property attached or garnished

pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at

which the Plaintiff shall be required to show cause why the attachment and garnishment should

not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other

designated process server upon each garnishee, that supplemental service of the Process of

Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile

transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is

further

ORDERED that service on any garnishee as described above is deemed effective

continuous service throughout the day from the time of such service through the opening of the

garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of

Maritime Attachment and Garnishment.

Dated: _____July 11_____, 2008

SO ORDERED:

_____
U. S. D. J.

LAURA TAYLOR SWAIN J.S.D.J.
PART I